UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00065 |
| | ) | JUDGE SHARP |
| JAMES RANDALL RUSSELL [2] | ) | |
| LOREN ELIZABETH VINETT [6] | ) | |

**O R D E R**

A hearing on a plea of guilty in this matter is hereby scheduled for Monday, April 28, 2014, at 1:00 p.m.

It is so ORDERED.

*Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE