UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-cr-65 |
| | ) | JUDGE SHARP |
| | ) | |
| JAMES R. RUSSELL | ) | |

**MOTION TO UNFILE**
**DOCKET ENTRIES 171, 172 AND 173 (FILED UNDER SEAL)**

Comes James R. Russell, through counsel and moves the court to unfile Docket Entries 171, 172 and 173 (filed under seal). These pleadings were titled similarly to pleadings intended to be filed in the above matter, and were inadvertently filed in this case because of the similarity in naming protocol that is used by undersigned counsel.

Counsel regrets this inadvertent filing mishap.

        Respectfully submitted,

        s/ John G. Oliva
        JOHN G. OLIVA, 10566
        Attorney at Law
        1308 Rosa L. Parks Boulevard
        Nashville TN 37208
        615 254-0202
        jgoliva@comcast.net

        Counsel for James R. Russell