**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**


**UNITED STATES OF AMERICA** )
                                                  )
**v.**                                         )    **CASE NO. 3:13-00065**
                                                  )    **JUDGE SHARP**
**JAMES R. RUSSELL [2]**       )


## O R D E R


Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket

No. 175) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing scheduled for August 8, 2014, is

hereby rescheduled for Monday, November 10, 2014, at 1:30 p.m.

It is so ORDERED.


_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE